# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAYLEN M. LEWIS**                                                                                          **PLAINTIFF**

**v.**                                      **No: 4:23-cv-01011-PSH**

**BRAD GRITTION,** *et al.*                                                                          **DEFENDANTS**

## ORDER

Before the Court is a third motion for summary judgment filed by Plaintiff Jaylen M. Lewis, filed on July 10, 2025 (Doc. No. 146). On June 3 and June 17, 2025, the Court denied similar motions and informed Lewis that he may refile his motion with a separate brief and separate statement of facts by the dispositive motion deadline of August 18, 2025. *See* Doc. Nos. 134 & 140. Lewis was also sent copies of Local Rules 7.2 and 56.1. His current motion does not follow these instructions; instead, he states that his claims are "backed up via law enforcement, state and federal court legal documents." Lewis' motion is DENIED without prejudice.

Lewis **must** follow the rules if he intends to move for summary judgment. The Court will <u>not</u> sift through the file to find support for the factual contentions. *See Crossley v. Georgia-Pacific Corp.*, 355 F.3d 1112, 1113-14 (8th Cir. 2004) (affirming the grant of summary judgment because a plaintiff failed to properly refer to specific pages in the record that supported his position).

The motion filed by defendants Brad Grittion, Jhovanny Reyna, Misty Boze, Rowdy Sweet, Blake Wilson, and Shane Jones (the "Defendants") to strike Lewis' third motion for summary judgment, or for an extension of time to respond (Doc. No. 147) is DENIED as MOOT.

Finally, the Defendants also move to strike an affidavit previously filed by Lewis. *See* Doc. No. 141. This motion is DENIED. If Lewis cites to and relies on this affidavit in support of a properly filed motion for summary judgment or in response to a motion filed by the Defendants, the Defendants may renew their objections to the admissibility of this affidavit. It is not necessary to strike it from the record.

SO ORDERED this 18th day of July, 2025.

_____
UNITED STATES MAGISTRATE JUDGE